**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk                                                                              Reply to Northern Division Address

March 28, 2003

Vicki L. Dexter, Esquire
Irwin, Green and Dexter LLP
301 W. Pennsylvania Avenue
Towson, Maryland 21204

                      Re:      St. Johns v. Zurich American, et al.
                                   WDQ 02-2338

Dear Counsel/Parties:

      This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

      All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles, Jr.
                COURTROOM DEPUTY:    Vinnie Butler
                DOCKETING CLERK:       M. M. Starr

                                           Sincerely,

                                           Felicia C. Cannon, Clerk

                            By: __/s/_____
                                   Deputy Clerk

cc:    Judges Smalkin and Quarles
       Courtroom Deputy Clerks
       File
       Civil Report

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov