IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * |
| Plaintiff | * |
| v. | *   CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * |
| | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR FURTHER MODIFICATION OF DISCOVERY SCHEDULE

The parties, by their undersigned counsel, jointly request further modification of the discovery schedule in the captioned matter, to allow additional time to complete discovery, and for reasons state as follows:

1. Deposition discovery has not yet been completed. This case involves witnesses from several states, including Florida, and the review and analysis of numerous documents. Counsel are attempting to position the case for resolution by dispositive motions, and have been discussing settlement options as well. Discovery has proceeded with depositions having been taken; however, several remain, particularly certain out-of-state depositions which are critical to this case.

2. Plaintiff's counsel has a herniated disk, which previously resulted in her absence from work. She did not recover sufficiently to travel to Florida for depositions, as early as had been anticipated. Counsel now have scheduled those depositions for May, 2003, pending this Court's approval of the discovery extension. Counsel is a member of a small firm, and is the

only attorney with specialized knowledge of the insurance coverage matters at issue in this case.

3. Counsel previously requested revisions of the discovery schedule (discovery was to be completed by February 21, 2003, then again by April 14, 2003); however, counsel did not anticipate that the resolution of the condition of Plaintiff's counsel would be as lengthy, that there would be significant scheduling difficulties between and among counsel and the witnesses, as well as the intervention of world events which impacted upon travel as well. Revision of the discovery schedule as requested herein will not affect the pre-trial conference, as same has not yet been rescheduled, and the case has recently been reassigned to Judge Quarles. Counsel are continuing to discuss settlement, have made progress in that direction as well.

4. Accordingly, counsel jointly and respectfully request modification of the discovery schedule in this case, as follows:

June 13, 2003        Discovery deadline

July 16, 2003        Deadline for filing of Dispositive Motions

WHEREFORE, the parties jointly request modification of the discovery schedule, as set forth herein.

Vicki L. Dexter
Federal Bar # 03171
Irwin Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 832-0111
Attorneys for Plaintiff

George E. Reede, Jr., Esquire
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6432
Attorneys for Defendants

D9824