IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court, having received and reviewed the Joint Motion For Further Modification of Discovery Schedule, hereby ORDERS:

    1.    The discovery schedule in this case shall be modified, as follows:

June 13, 2003    Discovery deadline

July 16, 2003    Deadline for filing of Dispositive Motions

                                      _____
                                      WILLIAM D. QUARLES
                                      Judge, United States District Court

D9824