IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. JOHN'S CONSTRUCTION CO.    *

    Plaintiff    *

v.    *    CIVIL CASE NO.: WDQ-02-CV-2338

ZURICH AMERICAN INSURANCE    *
COMPANY, et al

    Defendants

\*   \*   \*   \*   \*   \*          \*              \*   \*

## ORDER

This Court, having received and reviewed the Joint Motion For Further Modification of Discovery Schedule, hereby ORDERS:

The discovery schedule in this case shall be modified, as follows:

| | |
|---|---|
| June 13, 2003 | Discovery deadline |
| July 16, 2003 | Deadline for filing of Dispositive Motions |

Date: 4/14/3

WILLIAM D. QUARLES
Judge, United States District Court

D9824