IRWIN GREEN & DEXTER, L.L.P.
ATTORNEYS AT LAW

301 W. PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204
TELEPHONE: 410-832-0111
FAX: 410-832-5544
E-MAIL: IGD@IGDLAW.COM
WWW.IGDLAW.COM

DAVID B. IRWIN
ROBERT B. GREEN
VICKI L. DEXTER

BALTIMORE
WORLD TRADE CENTER
410-625-4800

July 8, 2003

The Honorable William D. Quarles
United States District Court
for the District of Maryland
4415 U.S. Courthouse, Room 3A
101 W. Lombard Street
Baltimore, MD 21201

  Re: St. John's Construction Co. v. Zurich American Insurance Co.
    Civil Case No. WDQ-2-CV2338

Dear Judge Quarles:

  This letter is intended to provide a joint status report in the captioned case. Please be advised that discovery is nearly complete. There is, however, one fact deposition which remains to be scheduled (the witness is represented by independent counsel) and should be completed by the end of this month. Counsel are working in good faith to resolve the matter informally. Should this prove unsuccessful, counsel contemplate the filing of cross motions for summary judgment.

  All counsel have approved the content of this joint status report, and apologize for the delay in its submission.

Very truly yours,

Vicki L. Dexter

VLD:ar
cc: George E. Reede, Jr., Esquire
D10094