IRWIN GREEN & DEXTER, L.L.P.
ATTORNEYS AT LAW

301 W. PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204
TELEPHONE: 410-832-0111
FAX: 410-832-5544
E-MAIL: IGD@IGDLAW.COM
WWW.IGDLAW.COM

DAVID B. IRWIN
ROBERT B. GREEN
VICKI L. DEXTER

BALTIMORE
WORLD TRADE CENTER
410-625-4800

July 10, 2003

The Honorable William D. Quarles
United States District Court
for the District of Maryland
4415 U.S. Courthouse, Room 3A
101 W. Lombard Street
Baltimore, MD 21201

Re: St. John's Construction Co. v. Zurich American Insurance Co.
Civil Case No. WDQ-2-CV2338

Dear Judge Quarles:

This letter is intended to supplement yesterday's status report. We anticipate the filing of cross motions for summary judgment. At present, dispositive motions are due on or before July 16, 2003. We request that the deadline be extended for a period of 45 days, to permit the completion of the remaining fact witness' deposition (which was originally scheduled prior to the discovery deadline but was postponed twice as a result of the retention of independent counsel for the witness.)

Very truly yours,

*Vicki L Dexter*

Vicki L. Dexter

VLD:ar
cc: George E. Reede, Jr., Esquire
D10098