IRWIN GREEN & DEXTER, L.L.P.
ATTORNEYS AT LAW

301 W. PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204
TELEPHONE: 410-832-0111
FAX: 410-832-5544
E-MAIL: IGD@IGDLAW.COM
WWW.IGDLAW.COM

DAVID B. IRWIN
ROBERT B. GREEN
VICKI L. DEXTER

BALTIMORE
WORLD TRADE CENTER
410-625-4800

July 14, 2003

The Honorable William D. Quarles
United States District Court
for the District of Maryland
4415 U.S. Courthouse, Room 3A
101 W. Lombard Street
Baltimore, MD 21201

Re: St. John's Construction Co. v. Zurich American Insurance Co.
Civil Case No. WDQ-2-CV2338

Dear Judge Quarles:

Counsel have been advised of this Court's decision to deny the requested 45 day extension for the filing of dispositive motions, and jointly request reconsideration of a more limited extension, at a minimum, two weeks (through July 30, 2003). This request for reconsideration is necessary for several reasons. First, Defendants' counsel is in California on business and will not be returning until, at the earliest, Wednesday evening, July 16, the date when such motions otherwise will be due. Plaintiff's counsel has been out of state on vacation and will not return to the office until tomorrow. A fact witness critical to summary judgment has not yet been deposed, notwithstanding the best efforts of counsel. Under the circumstances of this case, this witness' deposition needed to follow all other discovery, was scheduled to be taken before the close of discovery, and was postponed twice, for reasons outside of counsels' control. The first time was due to the witness' decision to retain independent counsel. The second time was due to the unavailability of counsel for the witness. Rescheduling was complicated by prepaid summer vacation plans. The requested extension will permit counsel to complete the deposition and facilitate the filing of complete, dispositive motions.

The Honorable William D. Quarles
July 14, 2003
Page 2

      Counsel respectfully request the Court to accommodate this request, which is in the best interests of the parties, their counsel and, ultimately the Court, since the filing of dispositive motions will be more likely to encourage the resolution of this case prior to trial, either through decision or settlement.

                                                Very truly yours,

                                                Vicki L. Dexter

VLD:ar
cc: George E. Reede, Jr., Esquire
D10113