IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * |
| Plaintiff, | * |
| v. | * Civil Case No.: WDQ-2-CV2338 |
| ZURICH AMERICAN INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, and ZURICH INSURANCE SERVICES, INC. | * * * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT[1]

Defendants, Zurich American Insurance Company ("Zurich American"), Assurance Company of America ("Assurance Company") and Zurich Insurance Services, Inc. ("ZIS"), through counsel, move for summary judgment as to Plaintiff's various claims, and in support thereof state as follows:

1. On October 22, 2000, a fire occurred at one of Plaintiff's construction projects located at 4801-4843 Poe Avenue, Baltimore, Maryland, causing extensive damage.

2. As of the time of the fire, Plaintiff had obtained builder's risk insurance through Assurance Company for the project, but had allowed coverage to lapse as of the time of the fire through its failure to make the necessary monthly reports and premium payments. Assurance Company denied the claim submitted by Plaintiff on that basis.

3. The builder's risk insurance policy in question was unambiguous, and Plaintiff cannot escape the consequences of its failure to pay the necessary insurance premiums. Plaintiff

---

[1] Pursuant to Local Rule 105.3.c, the parties intend to pursue cross-motions for summary

fully understood its obligation to pay insurance premiums each month to maintain coverage, and failed to make the payments for several months prior to the fire. As a result, Plaintiff's breach of contract and related declaratory judgment claims, as well as its negligent representation claim, fail as a matter of law.

4. Maryland courts have repeatedly rejected attempts to create a cause of action based upon a purported breach of the duty of good faith and fair dealing, which Plaintiff asserts in Count III of the Complaint. At a minimum, summary judgment is appropriate with respect to this count of the Complaint regardless of how the Court resolves Plaintiff's other causes of action.

WHEREFORE, absent any genuine dispute as to any material fact, and as a matter of law, Defendants request judgment in their favor as to Counts I-IV of the Complaint, and such other or additional relief as this Court deems appropriate.

Respectfully submitted,

_____
GEORGE E. REEDE, JR.
Federal Bar No. 08220
NILES, BARTON & WILMER, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
(410) 783-6432
(410) 783-6363 – facsimile
*Counsel for Defendants*
*Zurich American Insurance Company,*
*Assurance Company of America, and*
*Zurich Insurance Services, Inc.*

---

judgment, and have agreed that Defendants would file the initial Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___30th___ day of July 2003, a copy of the foregoing Motion for Summary Judgment, Memorandum in Support and proposed Order was mailed first-class, postage prepaid to the following counsel of record:

Vicki L. Dexter, Esquire
Irwin Green Dexter & Murtha, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204
*Counsel for Plaintiff*
*St. John's Construction Co.*

_____
GEORGE E. REEDE, JR.