IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * |
| Plaintiff, | * |
| v. | * Civil Case No.: WDQ-2-CV2338 |
| ZURICH AMERICAN INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, and ZURICH INSURANCE SERVICES, INC. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Cross-Motions for Summary Judgment filed by the Plaintiff and Defendants, it is this _____ day of _____, 2003;

ORDERED, that absent any genuine dispute as to any material fact, and as a matter of law, Defendants' Motion for Summary Judgment is hereby GRANTED; and further

ORDERED, that Plaintiff's Motion for Summary Judgment is DENIED.

_____
WILLIAM D. QUARLES, JR.
United States District Judge

Cc: George E. Reede, Jr., Esquire
Vickie L. Dexter, Esquire