IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * |
| Plaintiff, | * |
| v. | * Civil Case No.: WDQ-2-CV2338 |
| ZURICH AMERICAN INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, and ZURICH INSURANCE SERVICES, INC. | * * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits A through H, which are attachments to the Motion for Summary Judgment, and Memorandum in Support thereof filed by Defendants, Zurich American Insurance Company, Assurance Company of America, and Zurich Insurance Services, Inc., exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: July 30, 2003

Respectfully submitted,

_____
GEORGE E. REEDE, JR.
Federal Bar No. 08220
NILES, BARTON & WILMER, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6432
(410) 783-6363 – facsimile
*Counsel for Defendants*
*Zurich American Insurance Company,*
*Assurance Company of America, and*
Zurich Insurance Services, Inc.