August 13, 2003

The Honorable William D. Quarles
United States District Court
for the District of Maryland
4415 U.S. Courthouse, Room 3A
101 W. Lombard Street
Baltimore, MD  21201

   Re: St. John's Construction Co. v. Zurich American Insurance Co.
     Civil Case No. WDQ-2-CV2338

Dear Judge Quarles:

   I have unexpectedly been out of the office and incapacitated due to a herniated disk. As a result, I will be unable to prepare and file the response to the Motion for Summary Judgment filed by Defendants, and Plaintiff's Cross Motion, by the due date, which is tomorrow, August 14, 2003.  My recovery is taking longer than anticipated.  Please approve an extension for the filing of the response and Cross Motion to and including Monday, August 18, 2003.  Counsel for Defendants does not object, and stipulates to the extension as requested.

   Thank you for your anticipated assistance.


       Very truly yours,


       Vicki L. Dexter

VLD:ar
cc: George E. Reede, Jr., Esquire
D10240