IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR FURTHER
EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

The parties, by their undersigned counsel, hereby consent to the further extension of the time within which Plaintiff must respond to Defendants' Motion for Summary Judgment, to and including Tuesday, August 26, 2003, and for reasons state as follows:

1. Plaintiff's counsel has suffered a rupture of a herniated disk, which has had nerve impact, necessitating conservative treatment of bed rest and medication. Recovery did not proceed as anticipated, and Plaintiff's counsel was not able to return to work as soon as originally anticipated.

2, Today, Monday, August 18, 2003 is the date upon which Plaintiff's responsive pleading otherwise would be due. Plaintiff's counsel has returned to work today on a limited basis, but is not physically able to complete the work remaining for the filing of the response. Given her limited ability to work, Plaintiff's counsel needs an additional week.

3. Plaintiff's counsel is the only member of her firm familiar with the case, and its specialized insurance coverage issues, voluminous documents, deposition transcripts and

research.

4. No further extension will be necessary.

| | |
|---|---|
|       /s/       |       /s/       |
| Vicki L. Dexter | George E. Reede, Jr., Esquire |
| Federal Bar # 03171 | Niles, Barton & Wilmer, LLP |
| Irwin Green & Dexter, L.L.P. | 111 South Calvert Street, Suite 1400 |
| 301 W. Pennsylvania Avenue | Baltimore, Maryland 21202 |
| Towson, Maryland 21204 | (410) 783-6432 |
| (410) 832-0111 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

D10252

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
|     Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
|     Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ORDER**

This Court, having received and reviewed the Consent Motion For Further Extension of Time to Respond to Summary Judgment Motion, hereby GRANTS the Motion. Plaintiff's response to Defendants' Motion For Summary Judgment shall be due Tuesday, August 26, 2003.

                                                                                                         _____
                                                                                                            WILLIAM D. QUARLES
                                                                                                            Judge, United States District Court

D10252