**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff St. John's Construction Co. ("St. John's" or "Insured"), pursuant to Federal Rules of Civil Procedure 56 and Rules of the United States District Court for the District of Maryland 105 (2)(c) 12(b), hereby submits Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment in the captioned case. The grounds in opposition to Defendants' Motion and in support of Plaintiff's Cross Motion are fully set forth in the accompanying memorandum. Simply put, the coverage for the fire at Plaintiff's premises exists notwithstanding Plaintiff's premium payment history. At a minimum, the policy is ambiguous and the material facts in dispute must be presented to a jury for decision. Plaintiff contends, however, because the damaged property was existing inventory, previously reported, coverage exists by the plain terms of the Policy. Alternatively, Plaintiff contends that its insurer cannot cancel the Policy for nonpayment of premium without statutory notice. Further,

Defendants are estopped by their conduct and Plaintiff's reliance thereon to deny coverage. In all events, the policy provides coverage for existing inventory under the circumstances of this case.

For these reasons, as more fully set forth in Plaintiff's Memorandum, Defendants' Motion for Summary Judgment should be denied and Plaintiff's Cross Motion for Summary Judgment should be granted.

                                            /s/
Vicki L. Dexter
Federal Bar No.: 03171
Irwin Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204
Telephone No.: (410) 832-0111

Attorneys for Plaintiff

**REQUEST FOR HEARING**

Plaintiff respectfully requests a hearing on its Cross Motion for Summary Judgment.

                                            /s/
Vicki L. Dexter
Federal Bar No.: 03171
Irwin Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204
Telephone No.: (410) 832-0111

Attorneys for Plaintiff

D10280a