IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment, it is hereby

ORDERED that said Defendants' Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Cross Motion for Summary Judgment is hereby GRANTED.

_____                                   _____
Dated                                                                         WILLIAM D. QUARLES
                                                                                    Judge, United States District Court

D10280c