IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibits 1 through 24, which are attachments to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment, and Memorandum filed therewith, exist only in paper format and are 15 pages or longer collectively. They will be filed with the Clerk's Office in paper format. Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment, and Memorandum filed therewith are 15 pages or longer; therefore, a copy of these pleadings will be provided to the Court. I certify that within 24 hours of the filing of this notice, I will file and serve paper copies of the documents as set forth above.

                                                        /s/
                                        Vicki L. Dexter
                                        Federal Bar No.: 03171
                                        Irwin Green & Dexter, L.L.P.
                                        301 W. Pennsylvania Avenue
                                        Towson, Maryland 21204
                                        Telephone No.: (410) 832-0111

D10280d                                             Attorneys for Plaintiff