IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. JOHN'S CONSTRUCTION CO. *

    Plaintiff                             *

v.                                         *     CIVIL CASE NO.: S-2-CV-2338

ZURICH AMERICAN INSURANCE   *
COMPANY, et al

                                       *

    Defendants

                                       *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE OF SERVICE**

        I HEREBY CERTIFY that on this 27th day of August, 2003, a paper copy of the Exhibits to the Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross Motion for Summary Judgment, along with a paper copy of the Notice of Filing of Lengthy Exhibit, and a paper copy of the Electronic Notice, was hand delivered to George E. Reede, Jr., Esquire, Niles, Barton & Wilmer, LLP, 111 South Calvert Street, Suite 1400, Baltimore, Maryland 21202, along with a copy of this notice.

                                                     Vicki L. Dexter
                                                     Federal Bar # 03171
                                                     Irwin Green Dexter & Murtha, L.L.P.
                                                     301 W. Pennsylvania Avenue
                                                     Towson, Maryland 21204
                                                     Telephone No.:  (410) 832-0111
                                                    Attorneys for Plaintiff

D10284