## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ST. JOHN'S CONSTRUCTION CO.          *

     Plaintiff                                    *

v.                                                        *          CIVIL CASE NO.: WDQ-02-CV-2338

ZURICH AMERICAN INSURANCE          *
COMPANY, et al
                                                             *

     Defendants                              *

*      *      *      *      *      *      *      *      *      *      *      *      *

### REQUEST FOR HEARING

     Plaintiff respectfully requests a hearing on its Cross Motion for Summary

Judgment.


                                            /s/
                                  _____
                                  Vicki L. Dexter
                                  Federal Bar No.: 03171
                                  Irwin Green & Dexter, L.L.P.
                                  301 W. Pennsylvania Avenue
                                  Towson, Maryland 21204
                                  Telephone No.:  (410) 832-0111

                                  Attorneys for Plaintiff

d10285