IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * |
| **Plaintiff,** | * |
| v. | * Civil Case No.: WDQ-2-CV2338 |
| ZURICH AMERICAN INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA, and ZURICH INSURANCE SERVICES, INC. | * * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits I and J, which are attachments to the Reply in Further Support of Motion for Summary Judgment filed by Defendants, Zurich American Insurance Company, Assurance Company of America, and Zurich Insurance Services, Inc., exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: September 9, 2003         Respectfully submitted,

                                    _____/S/_____
                                    GEORGE E. REEDE, JR.
                                    Federal Bar No. 08220
                                    NILES, BARTON & WILMER, LLP
                                    111 South Calvert Street, Suite 1400
                                    Baltimore, Maryland 21202
                                    (410) 783-6432
                                    (410) 783-6363 – facsimile
                                    *Counsel for Defendants*
                                    *Zurich American Insurance Company,*
                                    *Assurance Company of America, and*
                                    Zurich Insurance Services, Inc.