IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO CROSS MOTION**

The parties, by their undersigned counsel, hereby consent to a two (2) day extension of the time within which Plaintiff must file its reply to Plaintiff's Cross Motion for Summary Judgment, to and including Wednesday, September 24, 2003, in light of Hurricane Isabel. Plaintiff's counsel resides in Anne Arundel County where power is still out. The brief, in its revised form, is on counsel's home system, cannot be accessed and must be re-created if power does not resume by tomorrow. Power also was out in the Towson offices.

| | |
|---|---|
| /s/ | /s/ |
| Vicki L. Dexter | George E. Reede, Jr., Esquire |
| Federal Bar # 03171 | Niles, Barton & Wilmer, LLP |
| Irwin Green & Dexter, L.L.P. | 111 South Calvert Street, Suite 1400 |
| 301 W. Pennsylvania Avenue | Baltimore, Maryland 21202 |
| Towson, Maryland 21204 | (410) 783-6432 |
| (410) 832-0111 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

D10365

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ST. JOHN'S CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: WDQ-02-CV-2338 |
| ZURICH AMERICAN INSURANCE COMPANY, et al | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

This Court, having received and reviewed the Consent Motion For Extension of Time to Reply to Cross Motion, hereby GRANTS the Motion. Plaintiff's response to Defendants' Motion For Summary Judgment shall be due Wednesday, September 24, 2003.

_____
WILLIAM D. QUARLES
Judge, United States District Court

D10365