IRWIN GREEN & DEXTER, L.L.P.
ATTORNEYS AT LAW

301 W. PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204
TELEPHONE: 410-832-0111
FAX: 410-832-5544
E-MAIL: IGD@IGDLAW.COM
WWW.IGDLAW.COM

DAVID B. IRWIN
ROBERT B. GREEN
VICKI L. DEXTER

BALTIMORE
WORLD TRADE CENTER
410-625-4800

September 23, 2003

The Honorable William D. Quarles
United States District Court
for the District of Maryland
4415 U.S. Courthouse, Room 3A
101 W. Lombard Street
Baltimore, MD 21201

Re: St. John's Construction Co. v. Zurich American Insurance Co.
Civil Case No. WDQ-2-CV2338

Dear Judge Quarles:

Please be advised that the parties have fully and finally settled the above-captioned case. Please issue an order pursuant to Local Rule 111.1, allowing the parties thirty days in which to consummate the settlement.

Thank you for assistance in this matter.

Very truly yours,

Vicki L Dexter

Vicki L. Dexter

VLD:amr
cc: George E. Reede, Jr., Esquire
D10378